**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1729

MOSES JALLOH,

Plaintiff - Appellant,

versus

TARGET CORPORATION,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (8:05-cv-02354-DKC)

Submitted: December 21, 2006        Decided: December 28, 2006

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Moses Jalloh, Appellant Pro Se.  Bernard Phillip Jeweler, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Moses Jalloh appeals the district court's order granting summary judgment in favor of Target Corporation in Jalloh's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Jalloh v. Target Corp.</u>, No. 8:05-cv-02354-DKC (D. Md. June 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>